United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of
U.S. Magistrate Judge David L. Horan

214/753-2400

July 10, 2019

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    No. 3:19-cr-318-K, *USA v. Nanda*

Dear Ms. Mitchell:

      Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the above-referenced case to another magistrate judge for any matters that may be referred going forward in accordance with the usual procedure.

                                 Sincerely,

                                 David L. Horan

cc:    Judge Kinkeade