UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.: 3:19-cr-318-K (01) |
| | § | |
| **SANJAY NANDA,** | § | |
|     **Defendant.** | | |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW, Edwin J. Tomko, attorney of record for Defendant Nanda in this matter, and respectfully request leave to withdraw as counsel for Nanda for all purposes.

Mr. Nanda has retained Robert R. Smith to represent him in connection with all matters relating to this cause.

DATED: August 23, 2019                              Respectfully submitted**,**

                                                                      */s/Edwin J. Tomko*
                                                              **EDWIN J. TOMKO**
                                                              State Bar No. 20117800
                                                              214.462.6447 direct
                                                              214.462.6400 fax
                                                              etomko@dykema.com
                                                              DYKEMA GOSSETT PLLC
                                                              1717 Main Street, Suite 4200
                                                              Dallas, Texas 75201

                                                              **ATTORNEYS FOR SANJAY NANDA**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2019, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court using the CM/ECF system.

/s/ Edwin J. Tomko
Edwin J. Tomko