IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | CASE NO. 3:19-cr-00318-K |
| vs. § | |
| § | |
| SANJAY NANDA § | |

DEFENDANT NANDA'S UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

COMES NOW the Defendant, Sanjay Nanda in the above-styled case, by and through his attorney of record, and files his Unopposed Motion for a Continuance of Sentencing. The Defendant respectfully requests a (90) ninety-day continuance to allow time for parties to continue acquiring information and materials pertinent to full and proper consideration of sentencing issues.

Respectfully submitted,

/s/ Robert R. Smith
Law Office of Robert R. Smith
500 N. Akard St., Suite 2150
Dallas, TX.  75201
Texas Bar No.  18752800
214.237.0900 (office)
214.237.0901 (facsimile)
rsmith@robertrsmithlaw.com

ATTORNEY FOR DEFENDANT NANDA

CERTIFICATE OF CONFERENCE

    I hereby certify that I have conferred with Assistant United States Attorney Yanowitch, and he has advised that he has no objection the granting of this motion.

                                              */s/ Robert R. Smith*
                                              Robert R. Smith

CERTIFICATE OF SERVICE

    I certify that on the 11 day of November, 2019, a true and correct copy of the foregoing was served upon Assistant United States Attorney Yanowitch via ECF.

                                              */s/ Robert R. Smith*
                                              Robert R. Smith