# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO. 3:19-CR-318-K |
| § | |
| SANJAY NANDA (01) § | |

## ORDER

Pursuant to the referral of District Judge Ed Kinkeade, Doc. 48, the Court considered *Defendant's Second Motion to Amend Conditions of Release* filed by Defendant Sanjay Nanda, Doc. 47. Nanda seeks removal of a condition of release imposed by Magistrate Judge Steven M. Gold of the United States District Court for the Eastern District of New York at Nanda's initial appearance there on January 26, 2019, to-wit: the requirement of an Appearance Bond secured by certain real property—the residence of Nanda's brother. Doc. 47 at 1; Doc. 3 at 10. The Government is not opposed to the relief sought. Doc. 49.

Upon review, the motion is **GRANTED**. Accordingly, the *Order Setting Conditions of Release and Appearance Bond*, Doc. 3 at 10-11, is amended to remove the listed real property as security, and any lien or other encumbrance on said property established thereto is hereby removed. All other conditions of release shall remain in full force and effect.

**SO ORDERED** on January 22, 2021.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE